IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DEBORAH RUTH TANNER,

   Plaintiff,

    v.

TYRONE LAWANY
Marietta Police Department, at al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:16-CV-512-TWT

**ORDER**

This is a pro se civil rights action. It is before the Court on the Report and Recommendation [Doc. 8] of the Magistrate Judge recommending dismissing the action. The Plaintiff filed her complaint almost 6 years after the expiration of the statute of limitations. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 25 day of April, 2016.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\16\Tanner\r&r.wpd